UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. **3:05-cr-260-J-16MCR**

**CEDRIC KYRON BATTLE**
_____/

## ORDER REVOKING SUPERVISED RELEASE

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on March 13, 2008. The defendant appeared with counsel, Maurice Grant. Also present was the Probation Officer and the Assistant United States Attorney Frank Talbot.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is therefore, **ORDERED AND ADJUDGED:**

1. The Supervised Release provided in the Judgment and Commitment Order entered December 19, 2005 (Dkt. #28) as to the above-named defendant is hereby **REVOKED**.

2. The defendant, **CEDRIC KYRON BATTLE**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIX (6) MONTHS.**

3. Upon release from imprisonment, the defendant will be placed on Supervised Release for a period of two (2) years. Such term of Supervised Release shall include the standard conditions as contained in the original Judgment entered in this case.

4. Additionally, the defendant shall participate in a substance abuse program

(outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of the court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's sliding scale for substance abuse treatment services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

5. All other terms and conditions of the original Judgment shall remain in effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of March, 2008.

JOHN H. MOORE II
United States District Judge

Copies to:
    Defendant c/o Counsel
    Counsel for Defendant
    Frank Talbot - AUSA
    U.S. Marshal
    U.S. Bureau of Prisons
    U.S. Probation Office