# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER: 3:05-cr-260-J-34MCR |
| V. | USM NUMBER: |
| CEDRIC KYRON BATTLE | Defendant's Attorney: James H. Burke, Jr., Esquire (pda) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **One through Three** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report to the probation office within 72 hours of release | July 2008 |
| Two | New criminal conduct, Armed Robbery, occurring on August 4, 2008, while on supervision | August 2008 |
| Three | Possession of a firearm, ammunition or a destructive device in violation of the conditions of supervision | August 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: December 7, 2009

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: December ___, 2009

| | | |
|---|---|---|
| Defendant: CEDRIC KYRON BATTLE | | Judgment - Page 2 of 2 |
| Case No.: 3:05-cr-260-J-34MCR | | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS, to run concurrently with the term of imprisonment in Case No. 2008-CF-011502, Duval County Circuit Court.**

___X___  The Court makes the following recommendations to the Bureau of Prisons:

**That Defendant's term of incarceration be served at the state institution in Wewahitchka, Florida, at which Defendant is currently being held for his term of imprisonment in Case No. 2008-CF-011502, Duval County Circuit Court.**

___X___ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

     ____ at _____ a.m.   p.m.   on _____.

     ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ____ before 2 p.m. on _____.

     ____ as notified by the United States Marshal.

     ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

                                                                     UNITED STATES MARSHAL

                         By _____
                                                     DEPUTY UNITED STATES MARSHAL